UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

MICHAEL & NATALIE J. HETZMAN,  Case No. 10-20745

                                                        Chapter 7 Proceeding
               Debtor(s).                      Hon. Daniel S. Opperman
_____/

**NOTICE REGARDING FUNDS TO BE**
**<u>DEPOSITED IN U.S. REGISTRY</u>**

     NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $8.13 for deposit in the U.S. Registry as evidenced by the attached check number 3006, made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds", Under $10 or Unclaimed from the Interim Distribution on or about May 25, 2011, on behalf of the following creditors:

| | | |
|---|---|---|
| 5 | Chase Bank USA, NA | $4.12 |
| 6 | Consumers Energy Co. | $2.04 |
| 15 | Rusell Collection | $1.97 |
| | TOTAL | $8.13 |

DATED: May 26,2011

                                              /s/ Randall L. Frank
                                              _____
                                              Randall L. Frank (P33189)
                                              Chapter 7 Trustee
                                              310 Davidson Building
                                              P.O. Box 2220
                                              Bay City, Michigan  48707
                                              Telephone: (989) 893-2461
                                              randall.frank@gmail.com